UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD SPRATT,

        Plaintiff(s),

Case No. 05-70964

vs.

HON. GEORGE CARAM STEEH

ART WIMMER, et al        Defendant(s).
_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 25, 2005 the attorneys of record advised the court that a settlement had been reached and there being no further communication with the court to the contrary;

This case hereby is DISMISSED WITHOUT PREJUDICE.  This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        United States District Judge

Dated: September 30, 2005
       Detroit, Michigan